# NO. 12-13-00200-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *ESTATE OF IVIE BARRETT,* | § | *APPEAL FROM THE* |
| *DECEASED* | § | *COUNTY COURT* |
|  | § | *TRINITY COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In her motion, Appellant states that the parties have reached a resolution of this dispute and she no longer wishes to pursue the appeal. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is *granted*, and the appeal is *dismissed*.

Opinion delivered July 31, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2013**

## NO. 12-13-00200-CV

**ESTATE OF IVIE BARRETT, DECEASED**

Appeal from the County Court
of Trinity County, Texas. (Tr.Ct.No. 4653)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*